| Attorney or Party without Attorney:<br>Joseph I. Marchese ()<br>BURSOR & FISHER, P.A.<br>1330 Avenue of the Americas 32nd Floor<br>New York, NY 10019<br>_Telephone No:_  646-837-7150<br><br>_Attorney For:_  Plaintiff | | **For Court Use Only** |
|---|---|---|
| | _Ref. No. or File No.:_ | |

_Insert name of Court, and Judicial District and Branch Court:_
In The United States District Court For The Eastern District Of New York

_Plaintiff:_   SVETLANA SKY, individually and on behalf of all others similarly situated
_Defendant:_   DELTA AIR LINES, INC

| **PROOF OF SERVICE** | _Hearing Date:_ | _Time:_ | _Dept/Div:_ | _Case Number:_<br>:26-cv-02627 |
|---|---|---|---|---|

1.   _At the time of service I was at least 18 years of age and not a party to this action._

2.   I served copies of the Summons in a Civil Action; Class Action Complaint

3.   _a._   _Party served:_     DELTA AIR LINES, INC
     _b._   _Person served:_   Alisha Smith, Authorized to Accept Service for Corporation Service Company, Agent for Service of Process , Caucasian , Female , Age: 47 , Hair: Black , Eyes: Brown , Height: 5'10" , Weight: 175 , authorized to accept served under F.R.C.P. Rule 4.

4.   _Address where the party was served:_     2 SUN COURT SUITE 400, Peachtree Corners, GA 30092

5.   _I served the party:_
     a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, May 07 2026 (2) at: 01:26 PM

6.   _**Person Who Served Papers:**_
     a. Terri Gilam ()
     **b. FIRST LEGAL**
        2920 N. GREEN VALLEY PARKWAY, SUITE 514
        HENDERSON, NV 89014
     c. (888) 599-5039

7.   _**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**_

05/10/26
_(Date)_

_(Signature)_



**PROOF OF
SERVICE**

_15827741_
_(19024715)_